Slifer's Estate (No. 2).

OPINION BY HEAD, J., July 16, 1913:

This appeal is controlled by and practically disposed of by the decree we have directed to be entered in the companion appeal of Ella C. Booth et al. in which an opinion has this day been filed, ante, page 14. For the reasons there indicated the present appeal is dismissed at the costs of the appellants.